**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**MARIAN FRALIN**                                                                 **PLAINTIFF**

**V.**                              **CASE NO. 5:19-CV-5142**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                        **DEFENDANT**


**ORDER**


Currently before the Court is the Report and Recommendation (Doc. 22) of United States Magistrate Judge Barry A. Bryant, dated January 8, 2021, regarding the Motion for Attorney's Fees (Doc. 18) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

For the reasons set forth in the Report and Recommendation, the Plaintiff's Motion (Doc. 18) is **GRANTED**, and the Court hereby orders that Plaintiff is entitled to compensation under the EAJA for: 2.35 hours from 2019 at an attorney hourly rate of $183.17 and 14.35 hours from 2020 at an attorney hourly rate of $185.69, for a total attorney fee award of $3,095.10.  This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

**IT IS SO ORDERED** on this 25th day of January, 2021.


 /s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE